1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   DEREK M. SMITH,                          1:24-cv-00161-SAB (PC)

12                  Plaintiff,                 ORDER GRANTING APPLICATION TO
                                               PROCEED IN FORMA PAUPERIS
13          v.
                                               (Doc. No. 2)
14   JOHN ZANONI,

15                  Defendant.                             and

16                                             ORDER DIRECTING PAYMENT
                                               OF INMATE FILING FEE BY THE
17                                             FRESNO COUNTY SHERIFF

18

19          Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested

20   leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing

21   required by 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.

22   Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. §

23   1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of

24   the preceding month's income credited to plaintiff's trust account.  The Fresno County Sheriff is

25   required to send to the Clerk of the Court payments from plaintiff's account each time the amount

26   in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

27          In accordance with the above and good cause appearing therefore, IT IS HEREBY

28   ORDERED that:

                                               1

1

2       1.       Plaintiff's application to proceed in forma pauperis is GRANTED;

3       **2.       The Fresno County Sheriff or his designee shall collect payments from**

4    **plaintiff's prison trust account in an amount equal to twenty percent (20%) of the**

5    **preceding month's income credited to the prisoner's trust account and shall forward those**

6    **payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in**

7    **accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and**

8    **forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name**

9    **and number assigned to this action.**

10      3.       The Clerk of the Court is directed to serve a copy of this order and a copy of

11   plaintiff's in forma pauperis application on the Fresno County Sheriff located at P.O. Box 872,

12   Fresno, CA 93712.

13      4.       The Clerk of the Court is directed to serve a copy of this order on the Financial

14   Department, U.S.  District Court, Eastern District of California, Sacramento Division.

15      5.       Within sixty (60) days of the date of service of this order, plaintiff shall submit a

16   certified copy of his prison trust account statement for the six-month period immediately

17   preceding the filing of the complaint, if plaintiff has not already done so.

18   IT IS SO ORDERED.

19
     Dated:   **February 6, 2024**
20                                                   UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28